**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ZUBAIR SHAIKH,

                Plaintiff,                              18 **CIVIL** 3721 (ER)

      -against-                                  **<u>JUDGMENT</u>**

NATIONAL BANK OF PAKISTAN,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 22, 2020, NBP's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            June 24, 2020

                                                            **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                                      **BY:**
                                                             **Deputy Clerk**